UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
WILLIAM SMITH,

    Plaintiff,

vs.

ST. JOHN'S UNIVERSITY, DENISE VENCAK-TONER, in her individual and official capacity, THOMAS LAWRENCE, in his individual and official capacity, and CYNTHIA PICO-SIMPSON, in her individual and official capacity,

    Defendants.
---------------------------------------------------------------- x

11-CV-0457 (JG)(JO)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND ORDERED that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and hereby is, dismissed with prejudice and without liability, interest, costs or attorneys' fees to any party pursuant to Federal Rule of Civil Procedure 41.

Dated: ~~March~~ May 3, 2012

_____
~~Frederick K. Brewington~~ IRA FOGELGAREN
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, NY 11550
516-489-6959
Attorney for Plaintiff

_____
Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, NY 10271
(212) 980-9600
Attorneys for Defendants

SO ORDERED

_____
John Gleeson
United States District Judge

1800812